

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/25/2009

| | | |
|---|---|---|
| IN RE: § | | CASE NO. |
| SHONTEL S. BRADLEY | | 09-36608 |
| SARIKA BRADLEY § | | |
| DEBTORS | | CHAPTER 13 |

### ORDER DENYING THE APPLICATION FOR APPROVAL
### OF FIXED FEE AGREEMENT
(docket entry 31)

The Court has reviewed the Bankruptcy Rule 2016(b) Disclosure and Application For Approval of Fixed Fee Agreement (docket number 31) filed by Martin L. Pack, attorney. The document is not in compliance with the form that was adopted by the Southern District of Texas, May 20, 2009. Further, pursuant to Bankruptcy Local Rule 2016(c)(1), the Application was not timely filed. Accordingly, it is

ORDERED that the Bankruptcy Rule 2016(b) Disclosure and Application for Approval of Fixed Fee Agreement is denied.

Signed this 25th day of November, 2009.

JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE