IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:   Shontel S Bradley ) | | |
| Sarika  Bradley ) | Case No: | 09-36608 |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## MOTION TO SUBSTITUTE ATTORNEY FOR THE DEBTOR(S)

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

MARTIN PACK, attorney for the above-captioned Debtor(s), moves the Court to allow him to withdraw as attorney for the Debtor(s) and will show the Court the following:

1. Debtor(s) is/are represented by the law firm of Macey & Aleman, L.L.P.

2. Martin Pack, presently of Macey & Aleman, L.L.P., is presently listed as attorney for the Debtor(s).

3. Martin Pack will be leaving Macey & Aleman, L.L.P., March 3, 2010.

4. As a result, Martin Pack wishes to withdraw as attorney for the Debtor(s).

5. The new attorney for the Debtor(s) will be Michael L. Weems, also of Macey & Aleman, L.L.P.,

6. Mr. Weems' mailing address and phone and fax numbers are the same as Mr. Pack's: 720 N. Post Oak Rd., Suite 280, Houston, TX 77024, 713-812-8300.

Wherefore, MARTIN PACK respectfully requests the Court to enter an Order:

1. Allowing Martin Pack to withdraw as attorney for the Debtor(s); and

2. Substituting the appearance of Michael L. Weems of Macey & Aleman, L.L.P., as attorney for the Debtor(s).

            Respectfully submitted,

            /s/ Martin Pack
            Martin Pack
            Attorney for the Debtors
            TX Bar No. 24053408
            720 N. Post Oak Rd., Suite 280
            Houston, TX 77024
            713-812-8300 (Phone)
            713-812-8303 (Fax)

## **CERTIFICATE OF SERVICE**

A copy of the Motion to Substitute Attorney was served upon the following, as indicated, on March 3, 2010, to the following parties:

| | |
|---|---|
| Shontel S Bradley<br>Sarika Bradley<br>20743 Baron Bend Ln.<br>Katy, TX 77449 | Via U.S. mail |
| David G. Peake<br>9660 Hillcroft, Ste. 430,<br>Houston, TX 77096 | Via CM/ECF electronic delivery |

            /s/ Martin Pack_____

## **VERIFICATION OF TRANSMITTAL TO U.S. TRUSEE**

The undersigned, an attorney, under penalties of perjury, verifies that a copy of the Motion to Substitute Attorney was served via CM/ECF electronic delivery upon the United States Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on March 3, 2010.

            /s/ Martin Pack_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  Shontel S Bradley              ) | | |
|         Sarika  Bradley                 ) | Case No: | 09-36608 |
|                                          ) | | |
|                                          ) | | |
|         Debtor(s)                       ) | | |

**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY FOR THE DEBTOR(S)**

This Court, being duly advised and after notice and hearing, it is hereby ORDERED:

1. That Martin Pack is authorized to withdraw and the Clerk shall terminate Martin Pack as an attorney for the Debtor(s); and

2. That Michael L. Weems is substituted as the attorney of record for the Debtor(s).

Date: _____Judge:_____

Prepared by:
Macey & Aleman, L.L.P
720 N. Post Oak Rd., Suite 280
Houston, TX 77024
713-812-8300 (Phone)
713-812-8303 (Fax)