

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/18/2010

| IN RE: | § | CASE NO. |
|---|---|---|
| SHONTEL S BRADLEY | | 09-36608 |
| SARIKA BRADLEY | § | |
| Debtor | | |

### ORDER

The Motion (Bankruptcy Docket No. 50 ) filed in this case is denied for the following reason(s):

1. _____ Failure to provide an order pursuant to Bankruptcy Local Rule 9013(h).

2. _____ Failure to show cause why the relief requested should be granted.

3. _____ Failure to give notice to the creditors and trustee per Bankruptcy Local Rule 9013(d)

4. _____ Failure to add a line for date to be filled in and/or line for Judge's signature. (see web page for Judge Bohm www.txs.uscourts.gov).

5. _____ Failure to file the proper motion and order. What should have been filed is a Motion to Vacate Order of Dismissal, plus a proposed order granting this motion and vacating the dismissal order and referring to the docket number of the dismissal order.

6. XXXXXXX Failure to file an order with the proper signature line for Judge Bohm and submitting an order of substitution without the Debtors also signing off to indicate their approval.

Signed this 17TH day of March, 2010.

Jeff Bohm
United States Bankruptcy Judge