IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  Shontel S Bradley | ) | |
| Sarika  Bradley | ) | Case No:     09-36608 |
| | ) | Judge: Jeff Bohm |
| | ) | Chapter 13 |
| Debtors | ) | |

### DEBTORS' MOTION TO TERMINATE ATTORNEY

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED UPON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

To The Honorable U.S. Bankruptcy Judge Jeff Bohm:

   Macey & Aleman, L.L.P., counsel for Shontel S Bradley and Sarika  Bradley, Debtors, moves the court to allow the termination of Terena S. Molo as attorney for the Debtors and will show the Court the following:

   1.  Debtors are represented by the law firm of Macey & Aleman, L.L.P.

   2.  Terena S. Molo, formerly of Macey & Aleman, L.L.P., is presently listed as one of the attorneys of record for the Debtors.

   3.  Terena S. Molo left her employment at Macey & Aleman, L.L.P., on November 11, 2010.

    4.   The undersigned attorney from Macey & Aleman is currently listed as an attorney for the Debtors on the Court's records so a Motion to Substitute is unnecessary.

    5.   Debtors have been informed of this termination and do not object.

    6.   Ms. Molo has been informed of this termination and has not objected

 Wherefore, Macey & Aleman, LLP, counsel for Debtors, respectfully requests the Court to enter an Order granting this motion and an Order terminating Terena S Molo as Debtors' attorney of record.

                                         Respectfully submitted,

                                         /s/Tiffany L Pratt
                                       Tiffany L Pratt, Attorney for the Debtor
                                       Southern District of Texas Bar No. 1087119
                                       Texas Bar No. 24070447
                                       Macey & Aleman, LLP
                                       720 N. Post Oak Rd., Suite 280
                                       Houston, Texas 77024
                                       713-812-8300 (Phone), 713-812-8303 (Fax)

Approved:

/s/ Shontel S Bradley
Shontel S Bradley, Debtor

/s/ Sarika  Bradley
Sarika  Bradley, Joint Debtor

## CERTIFICATE OF SERVICE

A copy of the Motion to Terminate Attorney was served upon the following, as indicated, on January 25, 2011, to the following parties:

Shontel S Bradley
Sarika  Bradley
20743 Baron Bend Ln.,
Katy, TX 77449
Via U.S. mail

David G. Peake
9660 Hillcroft, Ste. 430,
Houston, TX 77096

Via CM/ECF electronic delivery

Terena S Molo
PO Box 8203
Houston, Texas 77284-8203
Via U.S. mail

/s/Tiffany L Pratt

**VERIFICATION OF TRANSMITTAL TO U.S. TRUSEE**

The undersigned, an attorney, under penalties of perjury, verifies that a copy of Debtors' Motion to Terminate Attorney was served via CM/ECF electronic delivery upon the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 on January 25, 2011.

/s/Tiffany L Pratt